741 A.2d 84

IN THE MATTER OF RAYMOND T. PAGE,
AN ATTORNEY AT LAW.

December 10, 1999.

## ORDER

The Disciplinary Review Board on August 24, 1999, having filed with the Court its decision concluding that **RAYMOND T. PAGE** of **WOODBURY,** who was admitted to the bar of this State in 1983, and who thereafter was suspended from the practice of law for a period of three months effective December 16, 1998, by Order of the Court dated November 20, 1998, and who remains suspended at this time, be suspended from the practice of law for a period of six months consecutive to respondent's current suspension, for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.1(b) (failure to cooperate with ethics authorities) and good cause appearing;

It is ORDERED that **RAYMOND T. PAGE** is suspended from the practice of law for a period of six months, effective March 16, 1999, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be added as a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **RAYMOND T. PAGE** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **RAYMOND T. PAGE** comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **RAYMOND T. PAGE** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.